**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RANDALL MILLER, ISABEL SIPPO-STOCKMAN, JOSEPH JACKSON, BENJAMIN TATE, BRANDY GARNER, STEPHEN PRITCHETT, SAMIRA SEGRETI, and REX WAER individually and as the representatives of classes of similarly situated persons, | Civil Action No: 25-13474 |
| Plaintiffs, | Hon. LaShonda A. Hunt |
| v. | Action Filed: September 30, 2025 |
| BATCHSERVICE LLC D/B/A BATCHDATA, a Delaware Limited Liability Company, | |
| and | |
| EQUIMINE INC. D/B/A PROPSTREAM a California Corporation, | |
| Defendants. | |

**DECLARATION OF PARKER HANCOCK IN SUPPORT OF EQUIMINE, INC.'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

I, Parker Hancock, declare under penalty of perjury as follows:

1. I am an attorney at Baker Botts L.L.P. I am counsel of record for Defendant Equimine, Inc. d/b/a PropStream ("Equimine") in the above-captioned matter. I make this declaration on personal knowledge and am competent to testify to the matters stated herein.

2. I submit this Declaration in support of Equimine's Reply in Support of its Motion to Dismiss Plaintiffs' First Amended Complaint. This Declaration authenticates and submits certain legal authorities referenced in Equimine's Reply not otherwise available on Westlaw or

through the Court's electronic filing system. Additionally, it includes the Terms of Service for BatchLeads.com at issue in this case.

3. Attached hereto as Exhibit A is a true and correct copy of the Order of Dismissal entered in *Dawkins v. Lifetime Value Co.*, No. 2025LA001084 (18th Judicial Circuit, DuPage County, Illinois), dated February 11, 2026.

4. Attached hereto as Exhibit B is a true and correct copy of the Transcript of the Hearing on Defendants' Motion to Dismiss in *Dawkins v. Lifetime Value Co.*, No. 2025LA001084 (18th Judicial Circuit, DuPage County, Illinois), held on February 11, 2026.

5. Attached hereto as Exhibit C is a true and correct copy of the Terms of Service for the "BatchLeads" and "BatchDialer" products, as published on Equimine's website at https://batchleads.io/terms. I accessed and printed this document on March 6, 2026. According to the document, it was last revised on November 14, 2025.

6. As stated in Section 1.4(a) of the Terms of Service, users who sign up for a free trial are "required to provide credit or debit card information" before gaining access to the platform. Section 1.4(b) further provides that a trial "will automatically convert to a paid subscription at the end of [the] trial period" unless the user affirmatively cancels.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 6, 2026 in Houston, TX.



Parker Hancock

Senior Associate, Baker Botts L.L.P.