**UNITED STATES OF AMERICA**

**STATE OF ILLINOIS** **COUNTY OF DU PAGE**

**IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT**

STEVEN DAWKINS ET AL.
Plaintiff

-VS-

LIFETIME VALUE CO LLC THE
Defendant

2025LA001084
CASE NUMBER

**FILED**
**26 Feb 11 AM 11: 01**
Candice Adams
**CLERK OF THE**
**18TH JUDICIAL CIRCUIT**
**DUPAGE COUNTY, ILLINOIS**

**ORDER**

This matter coming to be heard on Defendant's 2-619.1 motion, the Court being fully advised in the premises and having heard arguments of counsel, IT IS HEREBY ORDERED:

Defendant's motion is granted pursuant to 2-615, for reasons stated on the record, and this matter is dismissed, with prejudice.

Submitted by: JUDGE ROBERT W ROHM
DuPage Attorney Number:
Attorney for:
Address:
City/State/Zip:
Phone number:

Entered: Robert Rohm File Date: 02/11/2026
JUDGE ROBERT W ROHM
Validation ID : DP-02112026-1101-55639

Date: 02/11/2026