BATCHLEADS Powered by PROPSTREAM & BATCHDIALER Powered by PROPSTREAM

For the history of the New Products (defined below), please review this blog post: PropStream Announces Acquisition of BatchLeads and BatchDialer, Enhancing its AI-Powered Real Estate Data and Lead Generation Solutions.

# Terms of Service for the "BatchLeads" and "BatchDialer"

**Products owned by Equimine, Inc. d/b/a PropStream**

Last Revised:
11/14/2025

These Terms of Service govern the provision of the products and services known as "BatchLeads" and "BatchDialer" (known hereafter as the New Products).

These Terms of Service do not govern other products, platforms, or services which are offered by PropStream and solely govern the New Products identified in the service order(s) submitted by you and accepted by us (each an "Order") or service contract or subscription agreement executed by you and us (the "Service Contract") and any other mechanism by which you have ordered the New Products (as hereinafter defined). The Order(s) and/or Service Contracts, and all documents and policies referenced herein or therein (collectively, the "Agreement") constitute a binding contract made by and between PropStream ("PropStream" or "we/us/our") providing you with New Products and you (the "Customer" or "you/yours"). This Agreement includes the Data Protection Agreement, incorporated by reference herein.

IF YOU DO NOT AGREE TO ALL OF THE TERMS HEREIN, YOU ARE PROHIBITED FROM MAKING ANY USE OF THE BATCH PRODUCTS OR SERVICES. By using or accessing BatchLeads and/or BatchDialer (the New Products) and any associated applications, software, products, services, platforms or functionalities (collectively, the "New Products"), whether as a guest or a registered user, you are agreeing to the following terms and conditions. By signing or accepting any Order(s) or Service Contract, ordering any service plan posed on the New Products' website, or by using the New Products, you represent and warrant to use that (a) you are at least eighteen years old and, (b) if you are submitting the Order(s), entering a Service Contract or otherwise obtaining New Products on behalf of an entity, you are a duly authorized employee of such entity with power to bind that entity to the Agreement.

This Agreement contains significant limitations on our liability as well as restrictions on your legal rights—read them thoroughly. It is your obligation to read, understand and agree to these terms before you proceed to use any of our New Products. Please note the definition of New Products will not include third-party products or services described in the section 5.7 below.

1. **New Products.**

1.1 General. Customer may subscribe to one or more New Products in accordance with the service and pricing plans ("Plans") posted on our website(s) from time to time; provided, that your "Agreement" will be solely with PropStream, which shall make its New Products available to you, and you shall have no rights to seek performance directly from, or to directly enforce any Service Contract, Order or any provision of these Terms of Service against, any parent, subsidiary, affiliate, vendor or supplier of PropStream. All New Products are intended for Customer's internal business use only. Without limiting the generality of the foregoing, the New Products shall not be used for residential purposes or by persons under the age of eighteen (18).

1.2 The New Products include the use of the technology platform and its software applications, as well as information configured by the applications, and the use of a "workspace" within the platform for your use (which must be related to the New Products). The "workspace" is a feature that allows you to organize and manage information, including (i) publicly available information you access through the New Products, and (ii) information you obtain from optional third-party services, such as skip tracing providers, which you choose to integrate with or use in connection with your workspace. For any information you obtain from such optional third-party services and subsequently manage within your workspace, you are the "Business" or "Controller" (or equivalent terms under applicable data protection laws) of that information, and PropStream acts solely as a "Service Provider" or "Processor" on your behalf with respect to that information, subject to the terms of the Data Protection Agreement incorporated herein. PropStream does not own the information from which it obtains the information provided in the New Products, however, PropStream does have appropriate licenses to use said information for the purpose of the New Products.

1.3 New Products may be modified, updated, canceled or discontinued, in whole or in part, and new service offerings may be introduced, in PropStream's sole discretion. These Terms of Service may be modified or amended by PropStream from time to time. Any changes that do not materially affect the terms of your Agreement will be effective immediately when published or posted on a PropStream website. If we make material changes to these Terms of Service, which affect material provisions, those changes will be effective as of the next Billing Cycle (as hereinafter defined) or thirty (30) days from the date on which the modified Terms of Service are posted on our website. Your continued use of the New Products after the effective date of the change, will act as your consent to the updated Terms of Service.

1.4 Trials.

(a) Trial Terms. PropStream may offer free or discounted trials of our New Products (a "Trial"), in our sole discretion. If PropStream offers such a Trial, the Trial will be subject to these Terms of Service and/or any other terms as PropStream determines, in its sole discretion, to apply to such Trial. Except as expressly modified by the written terms of a Trial, these Terms of Service govern our provision of Service to you and your receipt and use of New Products during any Trial. PropStream may cancel or modify the terms of any Trial at any time and in our sole discretion, without prior notice and without liability. Unless otherwise stated in writing at the time of entering a Trial, you will be required to provide credit or debit card information, and, upon completion of the Trial you authorize PropStream to charge the card on file in accordance with Sections 1.4(b) and 3.3 hereof.

(b) Billing After Trial. IF YOU SIGN UP FOR A TRIAL, YOUR TRIAL WILL AUTOMATICALLY CONVERT TO A PAID SUBSCRIPTION AT THE END OF YOUR TRIAL PERIOD, UNLESS YOU CANCEL THE TRIAL PRIOR TO THE END OF YOUR TRIAL PERIOD. ONCE YOUR TRIAL CONVERTS TO A PAID SUBSCRIPTION, YOU WILL AUTOMATICALLY BE CHARGED THE SUBSCRIPTION FEES AND ANY OTHER APPLICABLE CHARGES FOR THE SERVICES OR SERVICE PLAN DESCRIBED AT TRIAL CHECKOUT, AND IN ACCORDANCE WITH THESE TERMS OF SERVICE. TO AVOID BEING CHARGED AFTER YOUR TRIAL ENDS, YOU MUST VISIT YOUR MEMBERSHIP SETTINGS WITHIN THE APPLICATION TO WHICH YOU HAVE SUBSCRIBED AND CANCEL BEFORE THE END OF YOUR TRIAL PERIOD.

2. **Non-Exclusive License.**

2.1 Upon PropStream's acceptance of your Order and conditioned upon your payment of all required license fees when due and continuing compliance with the Agreement, PropStream grants to you a limited, revocable, non-exclusive, non-transferable and non-sublicensable license to use the New Products to which you have subscribed (the "License").

2.2 New Products for which the License entails or includes the ability to access the New Products via an app may also require or permit in-app purchases, and may require Customer or the Authorized User (as hereinafter defined) to accept additional terms in the app.

2.3 Customer shall be responsible for ordering and paying all associated fees for the number of Licenses sufficient to cover all of Customer employees who will use the New Products, each of whom will be an "Authorized User." Customer will not allow any other person or entity ("Unauthorized Users") to use or access the New Products under Customer's account, and will take reasonable security measures (including, without limitation, with respect to the protection of passwords) to ensure that Unauthorized Users do not obtain access to the New Products. Customer must immediately report to PropStream any use or attempted use of the New Products by any Unauthorized Users. PropStream may, but shall be under no obligation to, take any action that PropStream deems appropriate with respect to any unauthorized use of its New Products, including without limitation, conducting investigations, pursuing civil, criminal or administrative remedies against an identified Unauthorized User, referring the matter to law enforcement or modifying security features of an affected New Products, and Customer will use commercially reasonable efforts to cooperate in any action that PropStream may determine to undertake. Notwithstanding any actions that PropStream may take or any other remedies that PropStream may pursue with respect to any unauthorized use of its New Products, Customer will remain liable for payment for all fees, charges and other amounts associated with the use of the New Products under or through Customer's account and no such amounts may be offset by any recovery which PropStream may obtain from any Unauthorized User.

2.4 If you subscribe to the New Products, you will be permitted to access certain content from our websites that is only available to Customers (the "Subscription Content"). *The Subscription Content discussed herein only applies to the BatchLeads or BatchDialer products* . We grant you a limited, non-exclusive, non-transferable, non-sublicensable license to access the relevant Subscription Content only in connection with your use of the New Products and for your internal business purposes. This license granted to you does not give you any other rights in our Subscription Content (including any material that we may license from third parties) or the right to share the Subscription Content with anyone else or grant anyone else access to the Subscription Content. We may make modifications, updates, additions, and enhancements to the Subscription Content at any time and from time to time, without notice. We may also remove Subscription Content at any time. PropStream makes no representation, warranty or commitment of any kind with respect to the accuracy or completeness of any Subscription Content.

2.5 Customer may not, at any time, sell, re-license, transfer, assign or convey the New Products, including any software comprising or incorporated in the New Products or any Subscription Content or other information derived therefrom, to any other person or entity.

2.6 Upon termination by either party, this License shall immediately terminate, and Customer shall make no further use of the New Products or any software associated with the New Products.

2.7 Except as otherwise specifically permitted in this Agreement, Customer may not: (a) modify or create any derivative works of any New Products, software, or documentation, including translation or localization (provided that code written to published APIs (application programming interfaces) for licensed software shall not be deemed derivative works); (b) sublicense any New Products, software or documentation; (c) permit simultaneous use of any New Products or software by more than one user, unless permitted under the applicable license; (c) reverse engineer, decompile, or disassemble or otherwise attempt to derive the source code for any New Products or associated software (except to the extent applicable laws specifically prohibit such restriction); (d) copy, modify, distribute, sell, lease, quote, reproduce, transmit, scrape, uploaded, publish, or incorporate into or use by any other programs, applications, bots, software or websites, or any form of artificial intelligence technologies such as large language models and generative AI; (e) redistribute, encumber, sell, rent, lease, sublicense, use the software in a timesharing or service bureau arrangement, or otherwise transfer rights to any software; (f) remove, alter, or use any trademark, logo, copyright or other proprietary notices, legends, symbols or labels in the software; (g) publish any results of benchmark tests run on any software to a third-party without prior express written consent from PropStream; or (h) copy any software.

2.8 The License shall immediately and automatically be suspended if at any time, Customer defaults under its obligations under this Agreement, including by failure to pay all amounts when due.

3. **Fees and Payment.**

3.1 Fees for the License and any other New Products or products provided hereunder will be as stated in the Service Contract or applicable Order, or a posted Plan. Fees for the License will be payable in advance on a monthly, multi-month, annual or multi-year basis, as specified in the Service Contract, Order or Plan (a “Billing Cycle”). Any fees or charges based upon usage or otherwise unable to be determined in advance will be invoiced in arrears and shall be paid within thirty (30) days of the issuance of PropStream’s invoice therefore.

3.2 All prices quoted in any Plan are exclusive of sales and use taxes, value added taxes, fees, surcharges, assessments, levies or other costs imposed by any governmental entity upon the New Products or in support of a regulatory program, including without limitation and if applicable federal and state Universal Service Fund assessments (“Taxes and Fees”). Customer shall be responsible for the payment of all Taxes and Fees associated with the New Products.

3.3 Plans and Fees. We may offer different Plans from time to time. The features included in each Plan are described on one or more designated pages which may be accessed through our websites. We will charge you the fees associated with your purchased Plan (or as agreed in a Service Contract or Order) and any applicable Taxes and Fees (collectively, “Subscription Fees”) in accordance with these Terms.

3.4 Billing. Upon selecting a Plan, or entering into a Service Contract or Order, except as provided therein, you will provide current credit or debit card information. YOU AUTHORIZE PropStream TO CHARGE, AND PropStream WILL CHARGE, THE APPLICABLE SUBSCRIPTION FEES TO YOUR PAYMENT METHOD AT THE START OF YOUR SUBSCRIPTION (AS IDENTIFIED IN THE PLAN, SERVICE CONTRACT OR ORDER), AND ON A RECURRING BASIS ON EACH BILLING DATE, UNLESS AND UNTIL YOUR AGREEMENT IS CANCELED IN ACCORDANCE WITH THESE TERMS. Customer must provide current, complete, and accurate information for its billing account, and promptly update any changes (such as a change in billing address, credit card number, credit card expiration date, bank account number) and contact email address. If Customer fails to provide or timely update any of the foregoing information, Customer agrees that PropStream may continue to charge such payment mechanism as may be associated with Customer’s account. Customer’s card issuer may also contact PropStream to notify it of changes to Customer’s account, and Customer hereby authorizes PropStream to update Customer’s billing account based upon such notice. In the event that PropStream is unable to process Customer’s payment at any time or for any reason, or if payment is not received by the due date, then in addition to the Subscription Fees, Customer shall be responsible for any and all administrative fees associated in processing or attempting to process payment, and Customer’s account may be suspended or terminated in accordance with these Terms of Service which can cause you to lose access to information stored within your account.

3.5 Changing Subscription Fees. WE MAY CHANGE OUR SUBSCRIPTION FEES FROM TIME-TO-TIME. CHANGES IN SUBSCRIPTION FEES WILL NOT AFFECT THE SUBSCRIPTION FEES FOR YOUR CURRENT BILLING CYCLE BUT WILL BECOME EFFECTIVE AS OF YOUR FIRST BILLING DATE AFTER WE INSTITUTE THE CHANGE. IF YOU DO NOT AGREE TO SUCH A CHANGE, YOU MAY TERMINATE THE AGREEMENT. Notwithstanding the foregoing, Customers whose Agreements have a yearly or longer Term will be notified of any change in Subscription Fees for the next Renewal Term in advance of the deadline to provide notice of non-renewal.

3.6 Pre-Authorization. When you enter your initial payment method, we may issue a pre-authorization charge or hold to your payment method to ensure your payment method is valid. The pre-authorization is a temporary pending charge that will be automatically reversed (usually as a voided charge or refund) once your payment method is verified; your account will not actually be charged. The pre-authorization charge may

take 5 – 10 days to appear on and to then be deleted from your payment method. If the pre-authorization is successful and your payment method is verified, You will be charged for your New Products in accordance with your Service Contract, Order or Plan, and these Terms of Service. Products with a yearly commitment paid monthly may have the full contractual amount pre-authorized at the time of purchase. Any new form of payment added to your account after the initial purchase will have the remaining contract amount authorized in full. If the pre-authorization is unsuccessful and your payment method is not verified, your Agreement (or Trial, as the case may be) will not become effective and no New Products will be provided to you. PropStream may, but shall be under no obligation to, allow you to submit an alternate payment method, which alternate method will be subject to pre-authorization pursuant to this Section 3.6.

3.7 Except as otherwise expressly agreed by PropStream in writing, no fees or other amounts prepaid for any New Products, or for or through any website or application made available by us, will be subject to refund.

(a) In the event of Customer inactivity, defined as no login activity for a period of at least one year, the company reserves the right to review and adjust the wallet balances associated with the Customers account to $0.00.

(b) In the event of Customer subscription cancellation, any unused wallet balance will be deleted after 6 (six) months of account access suspension.

3.8 In the event that Customer fails to timely pay any amount when due hereunder, PropStream may pursue any remedy available to it hereunder, at law or in equity, including without limitation, suspension pursuant to Section 12.3 hereof and/or referral to a collection agency. Customer shall be liable for all of PropStream's costs incurred in collecting any past due amounts.

4. **Term.** The "Term" of this Agreement and the License granted hereunder shall be specified in the Service Contract or Order. Unless otherwise stated in the Service Contract or Order, this Agreement will automatically renew at the end of the current Term for a like term. PropStream may terminate this agreement at any time without notice or cause unless expressly agreed otherwise in a separate, active, signed agreement.

5. **Customer Obligations and Acceptable Use.**

5.1 Customer is solely responsible for using the New Products and all information obtained through the New Products in full compliance with all applicable federal, state and local laws, including without limitation all

laws concerning privacy, solicitation and advertising practices, and information or data security, and Customer is solely responsible for monitoring and complying with any changes in law that may affect its use of the New Products or information obtained through the New Products. Without limiting the generality of the foregoing, Customer represents, warrants and covenants that it will comply with the following laws and regulations: (a) Do-Not-Call ("DNC") registry prohibitions for both voice calls and text messages; (b) any licensing and bonding requirements applicable to Customer's business; (c) consumer cancellation rights; (d) mandatory disclosures; (e) cell phone restrictions; (f) text messaging restrictions; (g) opt-out rules; (h) call recording laws; (i) record retention requirements; (j) direct mail rules and best practices; (k) CAN SPAM Act and related email rules; and (l) all other applicable laws and regulations, as the same may be adopted or amended from time to time.

Further, You understand and agree that PropStream does not sell or share, as those terms are defined by applicable law, personal information of consumers. All personal information obtained through the use of third-party services is sold to you by a third party data broker, and PropStream, acting as your Service Provider, does not process personal information obtained and stored by you in your workspace for any other purpose other than in providing the New Products and as outlined in the Data Protection Agreement. You understand and agree that any personal information You purchase from third parties through the use of the New Products, including but not limited to information obtained from third-party services, is sourced from a third party on your behalf and is not "sold" or "shared" by PropStream.

5.2 Without limiting the generality of any other provision hereof, in the event that Customer uses text messaging or calling to communicate with persons whose information is obtained through or using the New Products, Customer covenants that it is aware that, among other requirements, and will comply with the Telephone Consumer Protection Act ("TCPA") and consumer protection rules and regulations that restrict and set forth circumstances under which you must obtain prior express written consent from a consumer before you can send them marketing calls or text messages. You must obtain consent from each and every recipient of such calls and texts, on each and every subject beyond the scope of the original consent. You are responsible for obtaining all required consents, and for complying with all applicable laws, including all amendments thereto from time to time, with respect to all text messages sent or received using your account.

5.3 Customer shall obtain and maintain a sufficient browser and bandwidth in order to use the New Products. Customer must provide a high-speed internet connection for use of the New Products, training, updates, and technical support. The Customer is responsible for all aspects of its broadband connection and hardware, including without limitation network configuration, installation and maintenance of antivirus protection, and installation, configuration and set up routers, firewalls, and any peripherals. Customer shall be responsible for testing the functionality of the New Products with its computer hardware and Internet connections, and for upgrading its hardware or connections as

may be required. Upon request, PropStream's technical support will use commercially reasonable efforts to assist in such testing.

5.4 Customer may not make any changes to, or misuse or tamper with, any software or hardware provided as part of the New Products. Customer shall not introduce any viruses, malware, Trojan horses or other harmful programs into any software, hardware or PropStream platforms used in connection with the New Products. Any technical support required because of virus contamination will be at Customer's expense at the rate of up to $500 per hour or such other rate as PropStream may have in effect from time to time.

5.5 Customer represents, warrants and covenants that:

(a) All information which Customer provides to us under this Agreement or in an Order, or otherwise communicates to us during the Term, is accurate.

(b) Customer shall obtain all required consents of any person with whom Customer communicates using the New Products or information derived from the New Products. Customer shall honor all opt-outs and consent revocations received from any person, and that Customer is solely responsible for doing so.

(c) Abide by all applicable telephone marketing, SMS or text messaging marketing, email marketing, privacy, and data privacy laws when communicating with or using personal information.

(d) Customer will promptly report to PropStream any errors, bugs, unauthorized access methodologies or any breach or suspected breach of our intellectual property rights that it experiences or uncovers in connection with its use of the New Products.

(e) Customer will not transfer, sell, convey, use, resell or sublicense any data, information or services provided by PropStream to Customer in any medium, form, manner or format whatsoever, for any purpose except as expressly authorized in this Agreement.

(f) Customer will comply with this Agreement, including the Data Protection Agreement and all applicable laws regarding the use of information obtained through the use of the New Products.

5.6 Customer will use the New Products only in a manner that is acceptable under this Agreement and PropStream policies. Without limiting the generality of the foregoing, the following are prohibited or unacceptable uses of the New Products, and Customer covenants that it will not:

(a) Use the New Products or any information derived therefrom for other than Customer's legitimate business purposes;

(b) Reproduce, reformat, publish, distribute or disseminate any information derived from the New Products or otherwise make to any third party;

(c) Use the New Products for any marketing or telemarketing except in strict compliance with all governing laws;

(d) Use the New Products in a manner that is actually or potentially libelous, threatening, harmful, harassing, indecent, obscene, in violation of the intellectual property rights of any person or so as to cause nuisance, annoyance or inconvenience to any person;

(e) Violate the publicity or privacy rights of another individual;

(f) Create or compile, directly or indirectly, any collection, compilation, or other directory from any content displayed through the New Products except for Customer’s internal, legitimate business use;

(g) Modify the New Products or include or combine the New Products or any information derived therefrom with any other service or product of any kind;

(h) Use the New Products or any information derived therefrom for credit evaluation of or any other form of background check on an individual;

(i) Use the New Products in a way intended to avoid incurring fees or exceed usage limits (including allowing multiple persons to use a single user license);

(j) Access or use the personal or confidential information of any third party without their permission, or attempt to do so;

(k) Use the New Products for purposes of competitive analysis or the development or provision of a competing service or product;

(l) Use the New Products in any way that could damage, disable, overburden or impair any of our servers, or the networks connected to any of our servers.

(m) Mislead recipients of any call, text, email or other message as to Customer’s identity, including without limitation by creating a false caller ID (e.g., ID spoofing), forging addresses or headers, or fraudulently undertaking other technical measures to misrepresent the origin or identity of the sender or caller;

(n) Perform auto-dialing or “predictive dialing” in violation of applicable laws;

(o) Attempt to gain unauthorized access to any part of the New Products and/or to any service, account, resource, computer system and/or network connected to any of our servers;

(p) Impersonate another person, act as another entity without authorization, or create multiple accounts;

(q) Upload pictures, data, audio or visual files, or any other content that is excessive in size, as determined by us in our sole discretion;

(r) Deep-link to the New Products or access the New Products manually or with any robot, spider, web crawler, extraction software, automated

process and/or device to scrape, copy or monitor any portion of the New Products or any content or information available through the New Products;

(s) Use the New Products to evaluate risk in connection with the marketing or sale of insurance products of any kind, including but not limited to life, health, long-term care, disability, casualty, umbrella, mortgage, title or property;

(t) Use the New Products or any information derived therefrom for purposes of debt collection or for marketing or selling debt relief products or services;

(u) Extract, select or draw out any data element for any use except as expressly authorized herein; or

(v) Engage in any other unlawful, fraudulent or malicious conduct.

5.7 As a courtesy to its subscribers, PropStream has partnered with several companies which provide services such as skip-tracing, ringless voice mails, e-mails, and direct mail services. In order to use these third-party services, PropStream is providing you with a right to access the New Products technology, which is connected to these third parties, in order for you to send information you have obtained to these third parties (for use with their services).

With respect to the third-party services themselves, you understand that PROPSTREAM DOES NOT ITSELF PROVIDE THESE SERVICES, RATHER, THEY ARE PROVIDED BY THE THIRD PARTY. The third-party services are performed outside of the New Product's technology platform; any information that you obtained by using these third-party services is outside of the New Products technology platform. PropStream does not operate or control, in any respect, any information, software, products or services provided by these third parties. Consequently, PropStream is not responsible for and makes no warranty or representation as to the quality or performance of the services offered by or through these third-party service providers. Such services are offered on an "AS-IS" basis. PropStream cannot and does not guarantee the outcome of the use of any such third-party services. PropStream does not have editorial control over the statements, or other content provided, expressed, or implied by third parties. YOU MUST COMPLY WITH ANY ADDITIONAL LAWS APPLICABLE TO THESE THIRD-PARTY SERVICES, INCLUDING (BUT NOT LIMITED TO) "DO NOT CALL," ADVERTISING, PRIVACY, ROBOCALL, AND CONSUMER PROTECTION LAWS.

Skip Tracing Service is provided by third parties and is performed outside of the New Products' platform. you are solely responsible for complying with data privacy laws applicable to you when purchasing, using, or processing all information obtained by the skip tracing services. Notwithstanding the foregoing, by processing personal information within your workspace, you understand and agree to the Data Protection Agreement which has been incorporated into this agreement. You should consult your own legal counsel as to how to comply with privacy laws

applicable to you with regard to all personal information processed in your workspace.

6. **Privacy and Data Protection** The Data Protection Agreement which forms part of the Agreement and is incorporated herein, sets out the terms that apply when PropStream processes personal information as a Service Provider under the Agreement. The purpose of the Data Protection Agreement is to ensure processing is conducted in accordance with applicable laws, and to outline each party's rights and obligations with respect to personal information.

We have adopted a Privacy Policy outlining how we use, store, retain and delete the personal information of our Customers and website visitors. Please refer to it for details about how we collect and use your personal information. By agreeing to the terms of this Agreement, you are automatically agreeing to our Privacy Policy, which is incorporated herein by reference.

7. **Refund Policy** . Subject to the terms of service outlined herein, PropStream provides a refund window for cancellations requested within 3 days (72 hours) of the initial purchase or renewal date, if the Customer has not accessed or utilized any aspect of the service since the last renewal. Eligible refund requests must be directed to our Billing Team at support@getbatch.co and shall be subject to evaluation and approval. It is hereby clarified that refunds will not be issued in cases where the service has been accessed or utilized during the relevant refund period. We reserve the right to refuse refunds if there is evidence of misuse or violation of our terms of service. Any BatchLeads or BatchDialer Customer on a monthly non-commitment plan that disputes a charge with their bank will have their subscription canceled at the end of the current subscription term. Access to the platform may be revoked until the dispute is removed. If your account is locked due to an ongoing dispute, you may lose information stored within your account.

8. **Voice Services (a/k/a"BatchDialer").**

8.1 Customer understands that the voice services and dialing capabilities provided through BatchDialer do not operate as traditional telephone services and are not intended to replace Customer's traditional telephone or Voice over Internet Protocol ("VoIP") services.

8.2 Certain of our services may rely upon third-party providers and VOIP providers to send messages and place phone calls. For those services, which will be identified in the applicable service description on our (or an affiliated) website, Customer must register its own account (Bring Your Own Carrier – BYOC) for sending text messages or placing calls through the New Product's platforms. PropStreams maintains a list of its supported vendors of such services, which list may be modified from

time to time and will be made available to Customer during onboarding or thereafter upon request. Once registered with one of our supported vendors, you agree to abide by such vendors terms of service and policies, including its acceptable-use policies, as the same are made available by the supported vendor. PropStream will provide you with website information for its supported vendors so that you may access their current terms and policies, but undertakes no obligation with respect to any information contained on any such vendor website. This Section 8.2 does not apply in the event that Customer has subscribed to BatchDialer.

8.3 Customer may order one or more DID/telephone numbers, as provided in the Service Contract or Order. DID/telephone numbers are acquired from and assigned by our supported vendors, and therefore PropStream makes no representation, warranty or commitment regarding the availability of any such numbers. Procedures for obtaining and porting DID/telephone numbers in or out, and charges therefore, will be established by the underlying vendor. PropStream may provide Customer with the vendor's procedures and charges for number porting or direct Customer to the vendor's website, at PropStream's election, upon request. PropStream may invoice Customer for charges and costs associated with DID/telephone numbers (including on behalf of its vendors) and such charges and costs will be payable in accordance with Section 3.

8.4 PropStream will use best efforts to pass through to Customers whose services include BatchDialer or other outbound-calling VoIP capabilities the 911/E911 services provided by PropStream's vendors. 911/E911 service over VoIP, when available, is different from traditional 911 service and is subject to a number of limitations. If you subscribe to such services, you represent and warrant that you have read, understood and agreed to the 911 Addendum .

9. **BatchLeads Use of Health Data For Mobile App Features**

9.1 Collection and Use of Health Data

Our app uses certain health-related information to enhance the user experience and provide core functionality, specifically for the Live Tracking Feature. Below is an explanation of the types of information collected, the purpose of collection, and how it is handled:

1. **Type of Data Collected** : Physical Activity Data: Information about your physical activity, such as whether you are walking, running, moving, or stationary. This information is collected using the Physical Activity permission.
2. **Purpose of Data Collection** : We collect this information to ensure accurate detection of your physical activity status. This allows us to:
    1. Provide real-time updates for the Live Tracking Feature.

    2. Accurately track and display your routes during activities such as walking, running, or other movements.
3. **Data Usage and Sharing** : The information is used exclusively to improve and enable the app's functionality and features.
    1. We do not share your physical activity information with third parties unless required to comply with legal obligations or with your explicit consent.
4. **Data Security and Retention** : The physical activity information collected is stored securely and only retained as long as necessary to provide the Live Tracking Feature or to comply with legal requirements.
5. **User Consent** : By using the Live Tracking Feature or enabling activity recognition, you consent to the collection and use of your physical activity information as outlined above.
6. **Managing Permissions** : You can manage or revoke the Physical Activity permission through your device settings at any time. However, disabling this permission may limit or disable the functionality of the Live Tracking Feature.

10. **PropStream New Products; Disclaimer of Warranties.**

10.1 Customer understands and acknowledges that the New Products rely on third-party products, services and information, including without limitation, third-party telecommunications networks for the provision of voice and dialing functionality and public and private third-party sources of the information that is available through the New Products. PropStream cannot and does not make any representation or warranty as to the accuracy, availability or quality of the New Products except as expressly provided in these Terms of Service.

10.2 The New Products are provided through one or more websites, which are browser-based. PropStream cannot guarantee the reliability of its third-party providers/suppliers related to the domains, or that the hosting services shall be available at all times or free from isolated errors. Reasonable hosting downtime may occur, including without limitation for provider outages, system upgrades, maintenance, repairs, and acts of God/nature. PropStream assumes no legal responsibility or liability for the Customer’s use of any PropStream website or New Products.

10.3 PropStream may provide limited technical support. Technical support is generally available (subject to reasonable downtime) Monday through Friday during regular business hours. These times are subject to change based upon our evolving business practices, as well as Force Majeure (as hereinafter defined) or other unforeseen events out of our control. PropStream will make commercially reasonable efforts to resolve questions and problems on a timely basis; however, PropStream may not always be able to resolve every problem, nor respond to every call immediately. PropStream and Customer each agree to pay for their own calls placed to the other party for in connection with any support, customer service inquiry or other communication hereunder.

10.4 PropStream does not warrant that it has obtained the consent of individuals whose information may be included in the New Products for the disclosure or use of their personally identifiable information or for such individuals to be contacted. PropStream does use commercially reasonable efforts to honor requests from such individuals that their information be removed from our systems. PropStream therefore does not commit that any search results or other information set obtained through the New Products reflects all individuals who might meet the search criteria, or that subsequent searches will return consistent results.

10.5 As part of your access to or use of our services, you may receive notifications, text messages, alerts, posts, emails, or other forms of communication (including regular mail). You acknowledge and agree that such electronic communications fulfill any legal requirement that such communications be in writing. You are responsible for any messaging or information fees incurred from these communications.

10.6 If, through your use of the New Products, you use information which belongs to the Minnesota MLS, then you agree to these terms found on BatchData's website (please note that BatchData is not an affiliate or under common ownership with PropStream). Additional MLS terms & EULA

10.7 PropStream makes no representation or warranty of any kind as to whether Customer will or may obtain any business opportunities, earn any revenues or achieve any other results through the use of the New Products.

10.8 THE SERVICES ARE PROVIDED ON AN "AS-IS" AND "AS AVAILABLE" BASIS. EXCEPT AS OTHERWISE EXPRESSLY STATED HEREIN, PROPSTREAM MAKES NO REPRESENTATION OR WARRANTY OF ANY KIND, AND ALL WARRANTIES ARE EXPRESSLY DISCLAIMED, INCLUDING WITHOUT LIMITATION THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT.

11. **Record Retention.** PropStream will not assume any obligation to maintain records related to the Customer's use of the New Products, including without limitation queries or searches of information or records of calls placed using the New Products.

12. **Termination or Suspension.**

12.1 Termination for Convenience. PropStream reserves the right to terminate this Agreement and Customer's account hereunder at any time in its sole discretion for any or no reason whatsoever.

12.2 Termination for Cause. Either Party may terminate this Agreement if the other Party (a) breaches any of its materials obligations hereunder and such breach, if capable of cure, is not cured within three (3) days of written notice from the non-breaching Party; or (b) files or becomes subject to any proceeding in bankruptcy or receivership, makes an assignment for the benefit of creditors, or becomes insolvent.

12.3 Suspension. PropStream may immediately suspend New Products to Customer, with or without notice, and without liability to Customer, and may thereafter terminate this Agreement upon notice, in the event that:

(a) Customer fails to pay any amount when due.

(b) PropStream believes, in its sole discretion, that Customer or any person using or accessing the New Products under its account, has violated any applicable law, any of the acceptable use provisions hereof, or any of the provisions of Section 2 related to activities prohibited under the License.

(c) PropStream receives any complaint from any individual that Customer or anyone using Customer's account has contacted such individual without consent.

Upon Customer's cure of any cause for suspension within the period provided in Section 12.2, PropStream may require payment of a reinstatement fee prior to restoring the account and, where Customer's account was suspended for failure to make timely payment, PropStream may require a letter of credit or other guarantee of payment. Notwithstanding any other provision hereof, in the event that PropStream is entitled to suspend any New Products under this Agreement a second time, PropStream may terminate the Agreement immediately upon notice to Customer without opportunity to cure.

12.4 In the event that Customer attempts to terminate or cancel New Products prior to the end of the then-current Term for any reason other than PropStream's uncured breach, PropStream may continue to collect all amounts due for the remainder of the then-current Term.

12.5 Upon termination, expiration or cancellation of your New Products for any reason, your account, and all information obtained and stored through the New Products will be deleted and Customer shall make no further use of the New Products or any software associated with the New Products.

13. **Indemnification.** Customer will defend, indemnify and hold PropStream harmless from and against any and all claims, damages, losses, suits, fines, forfeitures, liabilities or expenses of any kind, including without limitation court costs and attorneys' fees (collectively, "Losses") arising from or related to (a) the use of the New Products and the information derived therefrom by Customer or any of its Authorized Users; (b) access to or use of the New Products or Customer's account by Unauthorized Users; (c) any violation of law by Customer or any person accessing or using Customer's account; or (d) any violation of this Agreement or the License granted hereunder by Customer or any person accessing or using Customer's account.

14. **Limitation of Liability.** Except for indemnification pursuant to Section 13, neither party shall be liable for any consequential, incidental, special, punitive or indirect damages (including, but not limited to, loss of profits, goodwill, use, data, or other intangible items) even if the other party has been advised of the possibility of such damages or losses. With respect to any other damages, PropStream's liability hereunder shall in no event exceed an amount equal to the amount actually paid by Customer to PropStream for the one (1) month immediately preceding the claim being made, regardless of the basis for the claim. Customer UNDERSTANDS THAT THIS IS A SIGNIFICANT LIMITATION ON CUSTOMER'S RIGHT TO SUE PROPSTREAM AND CUSTOMER SHOULD NOT PROCEED IF CUSTOMER DOES NOT AGREE.

15. **Liquidated Damages.** In the event that you violate this Agreement by (a) sub-licensing your rights to a third party; (b) permitting, intentionally or negligently, a third party to gain access to your login credentials; (c) selling any of the information that you access or receive through the New Products; or (d) otherwise allowing a third party to benefit from your subscription or use of the New Products, you acknowledge that damages to PropStream may be difficult to calculate, and therefore you agree that we shall have the right to elect to demand, and you agree to pay, the following amounts as liquidated damages and not as a penalty:

$10,000 per third party user who accesses your account;

$2 per information record obtained in violation of these Terms of Service;

$2 per information record sold by you;

$2 per information record obtained by a third party as a result of your violation of these Terms of Service.

16. **Customer information.** You are solely responsible for your actions and the actions of your users (and any of your other employees or agents) while using the New Products and any data, information or materials that you store or transmit through your use of the New Products ("Customer Data"). You agree to comply with applicable laws and that you will provide all notices and obtain all consents required by

applicable laws to permit you to upload, store or transmit Customer Data to the New Products. You further acknowledge that PropStream (a) has the the right to collect and analyze Customer Data and other information relating to the provision, use and performance of the New Products and shall be free (during and after the term hereof) to use such Customer Data and other information to develop and improve the New Products and other PropStream ' s offerings and (b) may collect, use and share any personal information processed in connection with your use of the New Products (including any personal information contained within Customer Data) in accordance with the Privacy Policy , including to develop and improve the New Products and to enhance the information provided to you and other customers through the New Products.

17. **Relationship of the Parties.** The parties hereto are independent contracting parties. Nothing in this Agreement shall be construed to create any partnership, joint venture, franchise, agency, employment relationship, fiduciary relationship or any other form of legal association between the parties, unless expressly stated otherwise in this Agreement.

18. **Choice of Law; Jurisdiction.** This Agreement shall be governed by and construed according to the laws of the State of California, without giving effect to the conflict of laws principles thereof. The parties agree exclusive jurisdiction and venue for all litigation under this Agreement shall be in the state and federal courts in or for Orange County, California. Each party submits to the jurisdiction of such courts and waives any defense that such courts lack jurisdiction or constitute an inconvenient forum.

19. **Assignment & Subcontractors.** PropStream may assign the Agreement to any of its affiliated entities or to any entity to which PropStream may sell, transfer, convey, assign or lease all or substantially all of the assets or properties used in connection with its performance under the Agreement. PropStream may partner with others or subcontract any or all of its obligations under the Agreement, but will retain its responsibility to Customer for the timely performance of the work necessary to the provision of New Products in accordance with this Agreement. Customer may not assign this Agreement or any of the rights granted hereunder without the prior written consent of PropStream .

20. **Force Majeure.** Neither party will be liable for any delay or failure in performance to the extent the delay or failure is caused by events beyond the party's reasonable control, including without limitation, fire, flood, Act of God, explosion, war or the engagement of hostilities, strike, embargo, labor dispute, government requirement, civil disturbances, civil or military authority, and inability to secure materials, systems, subsystems, components, underlying services or transportation facilities ("Force Majeure").

21. **Notices.** Any notice required or permitted under this Agreement shall be deemed properly made when delivered by email, hand delivery, overnight courier, or mailed via Certified or Registered Mail (Return Receipt Requested), if to Customer, to the address and/or email stated on the Service Contract or Order; and if to PropStream, to EquiMine d/b/a PropStream 26457 Rancho Parkway South, Lake Forest, CA 92630 . Email: support@getbatch.co .

22. **Entire Agreement.** The Agreement, including these Terms of Service, the Service Contract and/or Order(s), and any Attachments hereto or thereto, constitute the entire understanding of the parties with respect to the subject matter of the Agreement and will supersede all previous and contemporaneous communications, representations or understandings, oral and/or written, between the parties relating to that subject matter This Agreement will not be contradicted or supplemented by any prior course of dealing between the parties or any advertising, marketing, web pages or other materials released or made available by PropStream. PropStream may amend or update these Terms of Service at any time, from time to time, in accordance with Section 1.3 hereof. Except as otherwise specified in a Service Contract or Order, prices may be changed by PropStreams in its sole discretion. Except as otherwise stated herein, the Agreement may not be modified or amended unless in a written instrument signed by the parties. In the event of an actual conflict between one or more provisions of any Service Contract, Order or Attachment and any provision of these Terms of Service, these Terms of Service will control unless such Service Contract, Order or Attachment (a) explicitly states that such document supersedes one or more provisions of the Terms of Service and explicitly sets forth the provision(s) that are superseded; and (b) is signed by an officer of PropStream.

23. **Severability.** If any provision of the Agreement is determined to be unenforceable or invalid by court decision, the Agreement will not be rendered unenforceable or invalid as a whole, and the original unenforceable provision will be changed only minimally as required for it to be enforceable and interpreted so as to best accomplish the objectives of the original provision within the limits of applicable law.

24. **No Waiver.** The failure of either party to assert any of its rights under the Agreement, including, but not limited to, the right to terminate the Agreement in the event of breach or default by the other party, will not be deemed to constitute a continuing or permanent waiver by that party of its right to enforce each and every provision of the Agreement in accordance with their terms.

25. **Parties;** Third Party Beneficiaries. The parties to the Agreement are you and PropStream. In no event will any parent, subsidiary or affiliate of PropStream have any obligation or liability to you, under the Agreement or otherwise. The Agreement shall insure solely to the benefit of Customer and PropStream and their permitted successors and assigns; provided, that any parent, subsidiary or affiliate whose New Products

PropStream provides to you shall be a third party beneficiary of the Agreement.

26. **Export Controls.** The New Products may be subject to export laws and regulations of the United States and other jurisdictions. Each Party represents that it is not named on any U.S. government denied-party list. You shall not access or use any Service in a U.S.-embargoed country or in violation of any U.S. export law or regulation.

27. **Interpretation.** Capitalized terms defined in this Agreement will have the meanings attributed to them. Unless context clearly requires otherwise, the plural of any term will include the singular and vice versa, and terms of any gender will include all genders. Section headings are for convenience of reference only and will not affect the interpretation of any provision of this Agreement. In the event that this Agreement requires interpretation, it shall be construed fairly in accordance with its terms and no provision hereof shall be construed more strictly against either party. In the event of an actual conflict in the provisions of any of the documents comprising the Agreement, an express provision in Trial terms, a Service Contract, Order accepted by PropStream or a Plan that explicitly supersedes or directly contradicts a provision of these Terms of Service shall control; provided that contradictory terms applicable for a Trial shall only control for the period of such Trial.

**BY MAKING ANY USE OF OUR SERVICES, YOU CONSENT TO THE ABOVE TERMS**

2025 Copyright. All rights reserved.

Your Privacy Choices